```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 10913
    MICHAEL J ROONEY
    MARY ROONEY                                 CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

          Debtor
    SSN XXX-XX-8898      SSN XXX-XX-0962


-----------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/19/07 .

    2.  The case was dismissed without confirmation, 09/21/2007.


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------------
ELGIN AUTO CREDIT CORP     SECURED VEHIC          .00            .00            .00
ACCOUNT RECOVERY SERVICE   UNSECURED       NOT FILED             .00            .00
AMERICAN GENERAL FINANCE   UNSECURED       NOT FILED             .00            .00
ASPIRE VISA                UNSECURED       NOT FILED             .00            .00
COMPUTER CREDIT            UNSECURED       NOT FILED             .00            .00
DEPENDON COLLECTION SERV   UNSECURED       NOT FILED             .00            .00
FIRST PREMIER BANK         UNSECURED       NOT FILED             .00            .00
GC SERVICES                UNSECURED       NOT FILED             .00            .00
HARLEY DAVIDSON            UNSECURED       NOT FILED             .00            .00
HEIGHTS FINANCE            UNSECURED       NOT FILED             .00            .00
HSBC                       UNSECURED       NOT FILED             .00            .00
LEADING EDGE RECOVERY SO   UNSECURED       NOT FILED             .00            .00
MIDLAND CREDIT MGMT        UNSECURED       NOT FILED             .00            .00
NICOR GAS                  UNSECURED       NOT FILED             .00            .00
NISSAN MOTOR ACCEPTANCE    UNSECURED       NOT FILED             .00            .00
ORCHARD BANK               UNSECURED       NOT FILED             .00            .00
PAYDAY LOAN STORE OF IL    UNSECURED       NOT FILED             .00            .00
PENTAGROUP FINANCIAL       UNSECURED       NOT FILED             .00            .00
PROVIDIAN                  UNSECURED       NOT FILED             .00            .00
RHT & ASSOC                UNSECURED       NOT FILED             .00            .00
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID

RJM ACQUISITIONS           UNSECURED       NOT FILED             .00            .00
SHORT TERM LOAN            UNSECURED       NOT FILED             .00            .00
TRS RECOVERY SERVICES      UNSECURED       NOT FILED             .00            .00
WACHOVIA BANK              SPECIAL CLASS   NOT FILED             .00            .00
         Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00          .00         .00           .00
PRINCIPAL PAID          .00         .00          .00         .00           .00
INTEREST PAID           .00         .00          .00         .00           .00
```

```
TOTAL PAID                          .00             .00           .00             .00             .00
The Debtor's attorney, DEVONA & ASSOC                   , was allowed $          .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 12/19/07                   /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE
```

                                    PAGE   2
            CASE NO. 07 B 10913 MICHAEL J ROONEY & MARY ROONEY